UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BRANDES                                                          :
                                                                 :
                    Plaintiff,                                   :     **ORDER**
                                                                 :
            v.                                                   :     19 Civ. 7123 (AKH)
                                                                 :
DREAMBUILDER INVESTMENTS, LLC et al.,                            :
                                                                 :
                    Defendants.                                  :
                                                                 :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 13, 2020 I issued an order dismissing this case for lack of subject matter jurisdiction, and gave leave for Plaintiff to file an amended complaint alleging an adequate basis of jurisdiction within 30 days. Plaintiff never filed such a complaint. Accordingly, the Clerk shall mark the case closed.

SO ORDERED.

Dated: New York, New York
       March 16, 2022

                                                          _____/s/_____
                                                          ALVIN K. HELLERSTEIN
                                                          United States District Judge